# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
   v.  ) No: 2:08-cr-228 FCD
  )
DAVID CRAIG BRYANT

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **DAVID CRAIG BRYANT**

Detained at (custodian): **San Francisco County Jail #5, San Bruno Complex**

Detainee is: a.) ☒ charged in this district by:
   ☒ Indictment     ☐ Information     ☐ Complaint

   Charging Detainee With: **Bank Robbery (2 Counts)**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ William S. Wong
Printed Name & Phone No: WILLIAM S. WONG, 916-554-2790
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____
U.S. MAGISTRATE JUDGE

Date June 16, 2008

---

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 2342552 | DOB: | 9-25-1965 |
| Facility Address: | 1 Moreland Drive, P.O. Box 67, San Bruno, CA 94066 | Race: | |
| Facility Phone: | 650-266-7500 | FBI #: | |
| Currently Incarcerated For: | Bank Robbery | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____
                                         (Signature)

Form Crim-48                  Revised 11/19/97