PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CRAIG BRYANT,<br><br>Defendant. | CASE NO. 2:08-CR-00228-TLN-CKD<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on May 2, 2023. Docket No. 28. Pursuant to Local Rule, the government's response is due on May 9, 2023, with any reply from the defendant due on May 12, 2023.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) The government's response to the defendant's motion to be filed on or before May 23, 2023;

b) The defendant's reply to the government's response to be filed on or before May 30, 2023.

IT IS SO STIPULATED.

Dated: May 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: May 9, 2023

/s/ ANN C. McCLINTOCK
ANN C. McCLINTOCK
Assistant Federal Defender
Counsel for Defendant
DAVID CRAIG BRYANT

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 28, is due on or before May 23, 2023;

b) The defendant's reply to the government's response, if any, is due on May 30, 2023.

IT IS SO FOUND AND ORDERED this 9th day of May, 2023.

Troy L. Nunley
United States District Judge

STIPULATION RE BRIEFING SCHEDULE        2